**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF SOUTH CAROLINA
CHARLESTON DIVISION**

**CIVIL ACTION NUMBER: 2:21-cv-613-RMG**

| | |
|---|---|
| Gary Nestler, *et al*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) **DEFENDANTS' REPLY IN SUPPORT OF** |
| The Bishop of Charleston, a Corporation Sole, *et al,* | ) **THEIR MOTION FOR SUMMARY**<br>) **JUDGMENT**<br>) |
| Defendants. | )<br>)<br>) |

As the Court found and determined both in its Order denying class certification [Dkt. 84] and its Order denying reconsideration [Dkt. 95] the record before the Court reflects that *these* Plaintiffs in *this* case cannot prove the essential elements of the claims alleged in the Amended Complaint. By their own testimony, the Plaintiffs have shown they suffered no legally cognizable injury as a result of the matters alleged. By their own admission, Plaintiffs cannot establish any claim against any Defendant. The record clearly and unequivocally reflects that there remain no genuine issues of fact and Defendants are entitled to judgment as a matter of law on all claims. No additional discovery can change that – the Plaintiffs claims fail as a matter of law and should be dismissed.

Without a shred of evidence to support their meritless claims, summary judgment is appropriate and Plaintiffs' claims should be dismissed with prejudice.

1

Respectfully submitted,

**TURNER PADGET GRAHAM LANEY, PA**

*s/Richard S. Dukes, Jr.*
Richard S. Dukes, Jr., Federal ID No. 7340
40 Calhoun Street, Suite 200
Charleston, SC 29401
Phone: (843) 576-2810
Email: RDukes@turnerpadget.com

Carmelo Barone Sammataro, Federal ID No.: 9174
P.O. Box 1473
Columbia, SC 29202
Phone: (803) 254-2200
Fax: (803) 799-3957
Email: ssammataro@turnerpadget.com

Megan Ashley Rushton, Federal ID No.: 13303
P.O. Box 1509
Greenville, SC 29602
Phone: (864) 552-4691
Email: mrushton@turnerpadget.com

**ATTORNEYS FOR DIOCESE DEFENDANTS**

June 13, 2022