UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Gary Nestler,<br>Viewed Student Female 200,<br>Viewed Student Male 300,<br>on behalf of themselves and all others<br>similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>The Bishop of Charleston, a Corporation Sole, Bishop England High School, Tortfeasors 1-10, The Bishop of the Diocese of Charleston, in his official capacity, and Robert Guglielmone, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:21-cv-613-RMG<br><br><br><br><br><br><br><br><br>NOTICE OF APPEAL |

Notice is hereby given that Plaintiffs hereby appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's Order/Judgment entered in this action on the 17th day of June, 2022 (ECF 100) as to all grounds upon which the Court granted relief in the form of summary judgment to the Defendants, and from all opinions and orders that merge therein.

                                  THE RICHTER FIRM, LLC

                                  s/Lawrence E. Richter, Jr.
                                  Lawrence E. Richter, Jr. (Fed. Bar: 3460)
                                  622 Johnnie Dodds Blvd.
                                  Mt. Pleasant, SC 29464
                                  Phone: 843-849-6000
                                  LRichter@RichterFirm.com
                                  Anna@RichterFirm.com

                                  -AND-

                                  s/Carl L. Solomon
                                  Carl L. Solomon (Fed. Bar: 6684)
                                  Solomon Law Group, LLC

P.O. Box 1866
Columbia, SC 29202
Phone: 803-391-3120
carl@solomonlawsc.com

-AND-

s/Daniel Scott Slotchiver
Daniel Scott Slotchiver (Fed. Bar: 6106)
Stephen Slotchiver (Fed. Bar: 6648)
Anna E. Richter (Fed. Bar: 13333)
Slotchiver & Slotchiver LLP
751 Johnnie Dodds Blvd, Suite 100
Mt. Pleasant, South Carolina 29464
Phone: 843-577-6531
dan@slotchiverlaw.com
steve@slotchiverlaw.com
arichter@slotchiverlaw.com

-AND-

s/Brent S. Halversen
Brent S. Halversen (Fed. Bar: 10474)
Brent Souther Halversen, LLC
751 Johnnie Dodds Blvd, Suite 200
Mt. Pleasant, South Carolina 29464
Phone: 843-284-5790
brent@halversenlaw.com

-AND-

David K. Lietz (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

*Attorneys for Plaintiffs*

Dated: July 12, 2022

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing *Plaintiffs' Notice of Appeal* was served on the attorney(s) of record listed below by delivering a copy of the same via the CM/ECF electronic filing system and/or by U.S. mail, first class, postage prepaid to the following addresses:

Richard S. Dukes, Jr.
Turner Padget Graham & Laney, PA
P.O. Box 22129
Charleston, SC 29413
RDukes@turnerpadget.com

Carmelo Barone Sammataro
Turner Padget Graham & Laney, PA
P.O. Box 1473
Columbia, SC 29202
ssammataro@turnerpadget.com

Megan Ashley Rushton
Turner Padget Graham & Laney, PA
P.O. Box 1509
Greenville, SC 29062
mrushton@turnerpadget.com

*Attorneys for Defendants*

                                              *s/ Lawrence E. Richter, Jr.*
                                              Lawrence E. Richter, Jr.

Dated: July 12, 2022
Mt. Pleasant, South Carolina